IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01270-WYD-CBS

VALERIE AREND,

      Plaintiff,

v.

Officer Hector PAEZ, Denver Police Department, in his personal capacity,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for Partial Summary Judgment on the Issue of Liability (ECF No. 36) is **STRICKEN** from the record with leave to refile for failure to comply with my Practice Standards.

      Specifically, section III.B.3 states "[t]his Statement shall set forth in simple, declarative sentences, which are separately numbered and paragraphed, each material fact that the movant believes supports movant's claim that movant is entitled to judgment as a matter of law.  Each separately numbered and paragraphed fact must be accompanied by a specific reference to material in the record which establishes that fact." Hon. Wiley Y. Daniel Practice Standards at III.B.3.

      Plaintiff's Statement of Material Facts clearly violates section III.B.3.

      Dated:  May 20, 2013