IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-01270-WYD-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   June 10, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                      *Counsel:*

VALERIE AREND,                                     Alison L. Ruttenberg

    Plaintiff,

v.

HECTOR PAEZ,                                        Andrew J. Carafelli

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:        8:32 a.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding Plaintiff's **Renewed and Unopposed MOTION to Restrict Access to Documents 37, 39, and 49** [Doc. No. 62, filed 6/4/2013] and **Defendant's MOTION to Restrict Access** [Doc. No. 66, filed 6/7/2013].

Discussion between the court and the parties regarding the documents in question being restricted and which, if any, documents are already a part of the public domain.

Discussion between the court and the parties regarding either party obtaining a transcript of the criminal proceedings.

**ORDERED:**     Plaintiff's **Renewed and Unopposed MOTION to Restrict Access to Documents 37, 39, and 49** [Doc. No. 62, filed 6/4/2013] is **DENIED** for the reasons stated on the record. The Clerk of the Court is directed to unseal Documents 37, 39 and 49.

**ORDERED:**     **Defendant's MOTION to Restrict Access** [Doc. No. 66, filed 6/7/2013] is **DENIED** for the reasons stated on the record.

The court addresses the parties regarding **Plaintiff's MOTION for Protective Order** [Doc. No. 38, filed 5/19/2013]. Neither party has further argument.

**ORDERED:** **Plaintiff's MOTION for Protective Order** [Doc. No. 38, filed 5/19/2013] is **DENIED** for the reasons stated on the record. Plaintiff's deposition is to proceed. The transcript of that deposition is not to be misused for any purpose, shall remain sealed, and shall only be accessible to counsel of record. Portions of that transcript may not be used for any purpose with out seeking specific leave from this court. The court is not precluding Plaintiff's counsel from invoking any provisions in Rule 30 or Local Rule 30.3 to the extent that Plaintiff's counsel believes an objection is well founded.

The court addresses the parties regarding **Defendant's MOTION for Extension of Time to Complete Discovery and Simultanious [sic] Withdrawal of Request Set Forth in Response to Plaintiff's Motion for Protective Order (Docket #54)** [Doc. No. 56, filed 6/3/2013]. Discussion regarding the extending of discovery deadlines.

**ORDERED:** **Defendant's MOTION for Extension of Time to Complete Discovery and Simultanious [sic] Withdrawal of Request Set Forth in Response to Plaintiff's Motion for Protective Order (Docket #54)** [Doc. No. 56, filed 6/3/2013] is **GRANTED**. The Discovery Cut-Off Deadline is extended to **July 26, 2013.** The Final Pretrial Conference date will not change. The Dispositive Motion Deadline will not change. If either party anticipates or believes another dispositive motion is warranted, they shall put together a conference call with opposing counsel and the court to discuss timing.

Further discussion regarding counsel obtaining a transcript of the criminal trial. Plaintiff's counsel believes that she will be able to obtain an un-redacted transcript. The court directs counsel that if either party wishes to file a Motion to Compel, it should be filed before the Discovery Cut-Off Deadline.

HEARING CONCLUDED.
**Court in recess**:   **8:58 a.m.**
Total time in court:   00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.